# Court of Appeals
# of the State of Georgia

ATLANTA,___June 08, 2012___

*The Court of Appeals hereby passes the following order:*

**A12A1978.  MERLENE BUMBURY v. HSBC BANK USA, N. A.**

HSBC Bank USA, N. A. filed a dispossessory action against Merlene Bumbury in magistrate court.  The magistrate court ruled in favor of HSBC Bank, and Bumbury appealed to superior court.  By order entered April 16, 2012, the superior court issued a writ of possession to HSBC Bank.  On May 3, 2012, Bumbury appealed to this Court.  We lack jurisdiction for two reasons.

First, when a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Bumbury's failure to adhere to the discretionary appeal procedure deprives us of jurisdiction.  Second, the appeal is untimely.  An appeal in a dispossessory action must be filed within seven days after entry of the order at issue.  OCGA § 44-7-56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Burbury filed her notice of appeal 17 days after entry of the superior court's order.

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __06/08/2012__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*